UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2011 OC 24 AM 10: 09
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY: _____ DEPUTY

| | | |
|---|---|---|
| SELMA STONE, et al. | § § | |
| v. | § § | Case No. DR-11-CV-16-AM |
| LIFE PARTNERS HOLDINGS, INC. | § § | |

## ORDER

On September 29, 2011, the Defendants in this action filed a Motion to Dismiss with this Court. (ECF No. 21.) According to Section 21D(b)(3) of the Exchange Act of 1934, in a securities class action such as the one presently before the Court, "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss[.]"

This Court previously submitted a scheduling order in which it established deadlines for the parties' dismissal briefing and class certification briefing. (ECF No. 16.) Because the Defendants have filed a motion to dismiss the complaint, all other proceedings in this matter are hereby **STAYED** pending resolution of the dismissal motion. Accordingly, the previously-set deadlines for class certification briefing will no longer apply. If a class certification motion remains necessary after the present Motion to Dismiss has been decided, the Court will then set forth new deadlines for the class certification briefing.

SIGNED this 24th day of October, 2011.

_____
**ALIA MOSES**
**UNITED STATES DISTRICT JUDGE**