IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| SELMA STONE, ET AL ) | |
| ) | CIVIL ACTION NO. DR-11-CV-16-AM |
| vs. ) | |
| ) | |
| LIFE PARTNERS HOLDINGS, INC., ) | CLASS ACTION |
| BRIAN D. PARDO, R. SCOTT PEDEN, ) | |
| and DAVID M. MARTIN ) | |

## UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Pursuant to Western District Local Rule AT-3, Defendant Brian D. Pardo ("Pardo") files this Unopposed Motion to Withdraw and Substitute Counsel, and would respectfully show the Court as follows:

1. Pardo is represented by Jason Lewis, David Klaudt, and Adam Tyler of Locke Lord LLP. Pardo requests that the above-mentioned attorneys be withdrawn as counsel and that Rory Ryan be substituted as counsel for Pardo. All correspondence from the Court and counsel should be directed to Mr. Ryan. Mr. Ryan's bar number and contact information are as follows:

    Rory Ryan
    State Bar. No. 24043007
    Baylor Law School (School affiliation provided only for contact purposes)
    One Bear Place #97288
    Waco, Texas 76798
    (254) 710-6587 (phone)
    (254) 710-2817 (fax)
    Rory_Ryan@Baylor.edu

2. The requested withdrawal will not delay these proceedings, and no prejudice will result to any party as a result of the withdrawal.

3. For the foregoing reasons, Pardo respectfully requests that the Court grant this Unopposed Motion to Withdraw and Substitute Counsel.

Respectfully submitted,

 /s/ Adam Tyler_____
Jason S. Lewis
  Texas Bar No. 24007551
  jlewis@lockelord.com
David W. Klaudt
  Texas Bar No. 00796073
  dklaudt@lockelord.com
Adam Tyler
  Texas Bar No. 24070777
  atyler@lockelord.com
LOCKE LORD LLP
2200 Ross Ave., Suite 2200
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

**ATTORNEYS FOR BRIAN D. PARDO**

### CERTIFICATE OF CONFERENCE

On November 12, 2012 I conferred with counsel of record who indicated that they were unopposed to this motion.

/s/ Adam Tyler _____
Adam Tyler

### CERTIFICATE OF SERVICE

On November 13, 2012 I electronically submitted this motion and a proposed order granting same, to the Clerk of the Court for the U.S. District Court, Western District of Texas, Del Rio Division, using the electronic case filing system of the court.

/s/ Adam Tyler _____
Adam Tyler