IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
DEC 8 2015
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| SELMA STONE, ET AL,<br>  Plaintiffs<br><br>v.<br><br>LIFE PARTNERS HOLDINGS, INC.,<br>BRIAN D. PARDO, R. SCOTT PEDEN,<br>and DAVID M. MARTIN,<br>  Defendants. | §§§§§§§§§§§§ | Cause No.<br>DR-11-CV-16-AM |

## ORDER

Pending before the Court is the Plaintiff's Motion for Voluntary Dismissal. (ECF No. 108.) After reviewing and considering the motion, the Court hereby GRANTS the motion and DISMISSES this action, without prejudice, against all Defendants. A clerk's judgment shall immediately issue.

IT IS SO ORDERED.

SIGNED this _____ day of December, 2015.

ALIA MOSES
UNITED STATES DISTRICT JUDGE