AO 450 (Rev. 5/99) Judgment in a Civil Case

FILED

DEC 8 2015

CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY ________
DEPUTY

# United States District Court

## Western District of Texas

SELMA STONE, ET AL
PLAINTIFFS

v.

LIFE PARTNERS HOLDINGS, INC.,
BRIAN D. PARDO, R. SCOTT PEDEN,
AND DAVID M. MARTIN,
DEFENDANTS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:11-CV-016-AM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Court hereby GRANTS the motion and DISMISSES this action, without prejudice, against all Defendants.

December 08, 2015
*Date*

Jeannette J. Clack
*Clerk*

*(By) Deputy Clerk*